1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St. Suite 780,
   Woodland Hills, CA 91367
4  Phone: 877-206-4741
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  abacon@ toddflaw.com
   *Attorneys for Plaintiff*

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11

12  LEEROY WILLIAMS, individually  ) Case Number
    And on behalf of all others similarly )
13   situated,                           )
                                         ) 1:19-cv-01269-DAD-JLT
14  Plaintiff,                           )
                                         ) **VOLUNTARY NOTICE OF**
15                                       ) **DISMISSAL OF ACTION OF THE**
                                         ) **INDIVIDUAL CLAIMS**
16  vs.                                  )
                                         ) **WITH PREJUDICE AND THE**
17                                       ) **PUTATIVE CLASS CLAIMS**
    LIFE PROTECT 24/7, INC.; and DOES )  **WITHOUT PREJUDICE**
18  1 through 10, inclusive, and each of )
    them,                                )
19                                       )
20  Defendant.                           )
                                         )

21

22     **NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

23  Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with

24  prejudice as to all of their individual claims and without prejudice as to the claims

25  of any putative class member. Defendant has neither answered Plaintiff's

26  Complaint, nor filed a motion for summary judgment. Accordingly, this matter

27  may be dismissed with prejudice and without an Order of the Court.

28

RESPECTFULLY SUBMITTED this December 4, 2019.

By:

/s/Adrian R. Bacon
Adrian R. Bacon  ESQ.
Law Offices of Todd M. Friedman,P.C.
Attorney For Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on December 4, 2019 with:

United States District Court CM/ECF system

Notification sent electronically on December 4, 2019 to:

To the Honorable Court, all parties and their Counsel of Record

                                            By: /s/Adrian R. Bacon
                                                Adrian R. Bacon  ESQ.