# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEEROY WILLIAMS, et al., | ) Case No.: 1:19-cv-01269 DAD JLT |
| Plaintiffs, | ) ORDER DIRECTING THE CLERK TO CLOSE THE ACTION |
| v. | ) |
| LIFE PROTECT 24/7, INC., | ) (Doc. 5) |
| Defendant. | ) |

The plaintiff has filed a voluntary dismissal of the action seeking to dismiss his individual claims with prejudice that the putative class claims without prejudice. (Doc. 5) Federal Rules of Civil Procedure 41(a)(1) allows the plaintiff to take this action when no defendant has appeared or filed a motion for summary judgment. Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **December 6, 2019**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE